UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDE BENT,

        Plaintiff,

    v.

WILLIAM P. BARR, et al.,

        Defendants.

Case No. 19-cv-06123-DMR

**PROPOSED RELEASE CONDITIONS**

On March 27, 2020, Petitioner Claude Bent filed a motion for a temporary restraining order ("TRO") seeking his immediate release from Mesa Verde ICE Processing Facility ("Mesa Verde") in light of the COVID-19 pandemic. On April 9, 2020, the court conditionally granted the TRO, provided that Bent is able to satisfy reasonable conditions for his release. On April 10, 2020, Bent filed supplemental declarations in support of his proposed release plan. Having considered the supplemental exhibits, the court proposes the following release conditions:

1. Bent immediately shall be released from custody at Mesa Verde into the custody of Attorney Marvin E. Vallejo. Mr. Vallejo shall accompany Bent from Mesa Verde to Washington, D.C. until Bent is in the presence of his brother, Dr. Doney G. Olivieri.

2. Dr. Olivieri shall accompany Bent from the airport to 1361 Barnaby Terrace, SE Washington, D.C. 20020 (the "Residence"), where Bent will be on home detention.

3. Bent shall reside and shelter-in-place at the Residence, and shall not leave except to obtain medical care, to appear at immigration court proceedings, to obey any order issued by the Department of Homeland Security, or to obey a further order of this court.

      4.      Bent shall not violate any federal, state, or local law.

      5.      Dr. Olivieri, Monica L. Abbott, and Lanselot K.A. Bent, shall be responsible for monitoring Bent's full compliance with these conditions and must immediately notify the court at 510-637-3639 if he is non-compliant.

By no later than April 13, 2020, at 9:00 a.m., Respondents shall file any objections to these proposed conditions. Respondents may not reargue any of the merits of the motion. By that same time, the government shall also file any opposition to Bent's pending motion to dismiss (Docket No. 25) and motion to withdraw (Docket No. 27).

**IT IS SO ORDERED.**

Dated: April 10, 2020

_____
Donna M. Ryu
United States Magistrate Judge