UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BENT,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, et al.,<br><br>    Defendants. | Case No. 19-cv-06123-DMR<br><br>**ORDER RE RELEASE CONDITIONS** |

On March 27, 2020, Petitioner Claude Bent filed a motion for a temporary restraining order ("TRO") seeking his immediate release from Mesa Verde ICE Processing Facility ("Mesa Verde") in light of the COVID-19 pandemic. On April 9, 2020, the court conditionally granted the TRO, provided that Petitioner is able to satisfy reasonable conditions for his release. Having considered the parties' evidence and arguments, the court ORDERS:

1. Petitioner shall immediately be released from custody at Mesa Verde into the custody of Attorney Marvin E. Vallejo. Mr. Vallejo shall accompany Petitioner from Mesa Verde to Washington, D.C. until Bent is in the presence of his brother, Lanselot Bent.

2. Lanselot Bent shall accompany Petitioner from the airport to 1361 Barnaby Terrace, SE, Washington, D.C. 20020 (the "Residence").

3. Petitioner must remain in home detention at the Residence until he is returned to ICE detention or upon further order of this court.

4. Petitioner shall comply with national, state, and local guidance regarding staying at home, sheltering in place, and social distancing. He shall not leave the Residence except to obtain medical care, to appear at immigration court proceedings, to obey any order issued by the Department of Homeland Security, or to obey a further order of this court.

5. Petitioner shall not violate any federal, state, or local law.

6. Monica Abbott and Lanselot Bent have verified under penalty of perjury that they take full responsibility for monitoring Petitioner's compliance with these conditions. They must immediately notify the court at (510)637-3639 if Petitioner violates any conditions of his release.

7. On the first day of each month, beginning May 1, 2020, Monica Abbott and Petitioner shall each file a declaration attesting, under penalty of perjury, that Petitioner has not violated any aspect of the court's release order.

8. In the event that Petitioner violates any conditions of release, the court may, on its own motion or on the motion of Respondents, modify or terminate any injunctive relief and order Petitioner returned to ICE custody.

**IT IS SO ORDERED.**

Dated: April 13, 2020

_____
Donna M. Ryu
United States Magistrate Judge