1 | STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2 | MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3 | PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
4 |
   | 450 Golden Gate Avenue, Box 36055
5 | San Francisco, California 94102-3495
   | Telephone: (415) 436-7025
6 | Fax: (415) 436-6748
   | pamela.johann@usdoj.gov
7 |
   | Attorneys for Respondents
8 |
9 |                     UNITED STATES DISTRICT COURT
10 |                   NORTHERN DISTRICT OF CALIFORNIA
11 |                          OAKLAND DIVISION
12 |

13 | CLAUDE BENT,                              ) No. 4:19-cv-06123-DMR
                                              )
14 |        Petitioner,                        ) **JOINT STATUS REPORT AND REQUEST TO**
                                              ) **CONTINUE FURTHER CASE MANAGEMENT**
15 |    v.                                     ) **CONFERENCE AND ORDER (AS MODIFIED)**
                                              )
16 | MERRICK GARLAND, Attorney General, et     )
   | al.,                                      )
17 |                                           )
   |        Respondents.                       )
18 | _____     )

19 |

20 |        Pursuant to the Court's March 10, 2022 Order, Dkt. No. 82, the parties submit this Joint Status

21 | Report and Request to Continue Case Management Conference.

22 |        1.      Since the last Status Report, the parties have continued to meet and confer regarding the

23 | resolution of the pending habeas petition through possible settlement or briefing.  These discussions are

24 | ongoing.  The parties request that the Court continue the Case Management Conference an additional

25 | four weeks to allow them more time to continue these discussions.  Petitioner remains released from

26 | Immigration and Customs Enforcement ("ICE") detention pursuant to the preliminary injunction issued

27 | by this Court on July 6, 2020, Dkt. No. 52, and the conditions of release, as amended on September 14,

28 | 2020.  *See* Dkt. Nos. 38, 57.

JOINT STATUS REPORT; ORDER
No. 4:19-cv-06123-DMR                        1

2.      The parties therefore jointly request that the Court continue the case management conference until June 1, 2022 to allow additional time for them to continue their discussions.  If they are unable to resolve this matter before that date, they will submit an updated status report on or before May 25, 2022.

**CERTIFICATION**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED: April 27, 2022                                      Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____*/s/ Pamela T. Johann*_____
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Respondents

DATED: April 27, 2022                                      ALAMEDA COUNTY PUBLIC DEFENDERS

_____*/s/ Evelyn Wiese*_____
EVELYN WIESE

Attorneys for Petitioner CLAUDE BENT

**ORDER (AS MODIFIED)**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.  The Further Case
Management Conference is continued until June 1, 2022, at 1:30 p.m. in Oakland, by
Videoconference only.  The parties shall file an updated status report by May 25, 2022.

DATED:  April 27, 2022



THE HON. DONNA M. RYU
United States Magistrate Judge