STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025
Fax: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BENT,<br><br>    Petitioner,<br><br>  v.<br><br>MERRICK GARLAND, Attorney General, et al.,<br><br>    Respondents. | No. 4:19-cv-06123-DMR<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)** |

Pursuant to the Court's April 27, 2022 Order, Dkt. No. 85, the parties submit this Joint Status Report and Request to Continue Case Management Conference.

    1.    The parties have been continuing to meet and confer regarding the resolution of the pending habeas petition through possible settlement or briefing but have not yet completed these discussions. The parties request that the Court continue the Case Management Conference to allow them additional time to continue this process. Petitioner remains released from Immigration and Customs Enforcement ("ICE") detention pursuant to the preliminary injunction issued by this Court on July 6, 2020, Dkt. No. 52, and the conditions of release, as amended on September 14, 2020. *See* Dkt. Nos. 38, 57.

2. The parties therefore jointly request that the Court continue the case management conference until July 6, 2022 to allow additional time for them to continue their discussions. If they are unable to resolve this matter before that date, they will submit an updated status report on or before June 29, 2022.

**CERTIFICATION**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED: May 25, 2022                    Respectfully submitted,

                                                          STEPHANIE M. HINDS
                                                          United States Attorney

                                                          _/s/ Pamela T. Johann_
                                                          PAMELA T. JOHANN
                                                          Assistant United States Attorney

                                                          Attorneys for Respondents

DATED: May 25, 2022                    ALAMEDA COUNTY PUBLIC DEFENDERS

                                                          _/s/ Evelyn Wiese_
                                                          EVELYN WIESE

                                                          Attorneys for Petitioner CLAUDE BENT

**ORDER (AS MODIFIED)**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.  The Further Case Management Conference is continued until July 6, 2022, at 1:30 p.m. in Oakland, by Videoconference only.  The parties shall file an updated status report by June 29, 2022.

DATED:  May 26, 2022



_____
THE HON. DONNA M. RYU
United States Magistrate Judge