STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025
Fax: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BENT,<br><br>    Petitioner,<br><br>  v.<br><br>MERRICK GARLAND, Attorney General, et al.,<br><br>    Respondents. | No. 4:19-cv-06123-DMR<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)** |

Pursuant to the Court's May 26, 2022 Order, Dkt. No. 88, the parties submit this Joint Status Report and Request to Continue Case Management Conference.

1. Since the last Joint Status Report, Dkt. No. 87, Petitioner successfully moved to withdraw his plea and vacate his conviction of Penal Code Section 664/187(a). Pursuant to stipulation, the California Superior Court, Alameda County, accepted a no contest plea to one count of a violation of Penal Code Section 245(a)(1). Petitioner was sentenced to a term of 364 days, with 364 days' credit for time served.

2. In light of this development, the parties request that the Case Management Conference be continued an additional 45 days to allow time for the parties to consider the implications of this

development on Petitioner's removal proceedings and the habeas petition.  Petitioner remains released from Immigration and Customs Enforcement ("ICE") detention pursuant to the preliminary injunction issued by this Court on July 6, 2020, Dkt. No. 52, and the conditions of release, as amended on September 14, 2020.  *See* Dkt. Nos. 38, 57.

      3.      The parties therefore jointly request that the Court continue the case management conference until August 31, 2022.  If the parties are unable to resolve the matter before that date, they will submit an updated status report on or before August 24, 2022.

**CERTIFICATION**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

| | |
|---|---|
| DATED: June 29, 2022 | Respectfully submitted, |
| | STEPHANIE M. HINDS<br>United States Attorney |
| |       */s/ Pamela T. Johann*<br>PAMELA T. JOHANN<br>Assistant United States Attorney |
| | Attorneys for Respondents |
| DATED: June 29, 2022 | ALAMEDA COUNTY PUBLIC DEFENDERS |
| |       */s/ Evelyn Wiese*<br>EVELYN WIESE |
| | Attorneys for Petitioner CLAUDE BENT |

**ORDER (AS MODIFIED)**

Pursuant to the stipulation of the parties, IT IS SO ORDERED. The Further Case Management Conference is continued until August 31, 2022, at 1:30 p.m. by Zoom video conference. The parties shall file an updated joint case management conference statement by August 24, 2022.

DATED:  June 30, 2022

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*

_____
THE HON. DONNA M. RYU
United States Magistrate Judge