STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7025
   Fax: (415) 436-6748
   pamela.johann@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BENT, | No. 4:19-cv-06123-DMR |
|    Petitioner, | **JOINT STATUS REPORT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
|    v. | |
| MERRICK GARLAND, Attorney General, et al., | |
|    Respondents. | |

Pursuant to the Court's June 30, 2022 Order, Dkt. No. 91, the parties submit this Joint Status Report and Request to Continue Case Management Conference.

1. Since the last Joint Status Report, Dkt. No. 90, Petitioner has filed a Motion to Reopen his removal proceedings with the Board of Immigration Appeals ("BIA"). The motion remains pending before the BIA.

2. In light of this development, the parties request that the Case Management Conference be continued an additional 90 days while the BIA considers Petitioner's Motion to Reopen. Petitioner remains released from Immigration and Customs Enforcement ("ICE") detention pursuant to the preliminary injunction issued by this Court on July 6, 2020, Dkt. No. 52, and the conditions of release,

as amended on September 14, 2020.  *See* Dkt. Nos. 38, 57.

3. The parties therefore jointly request that the Court continue the case management conference until November 30, 2022.  If the parties are unable to resolve the matter before that date, they will submit an updated status report on or before November 23, 2022.

## CERTIFICATION

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED: August 24, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____*/s/ Pamela T. Johann*_____
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Respondents

DATED: August 24, 2022

ALAMEDA COUNTY PUBLIC DEFENDERS

_____*/s/ Evelyn Wiese*_____
EVELYN WIESE

Attorneys for Petitioner CLAUDE BENT

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED. The Further Case Management Conference is continued until November 30, 2022, at 1:30 p.m. by Zoom video conference. The parties shall file an updated status report by November 23, 2022.

DATED: August 25, 2022

_____
THE HON. DONNA M. RYU
United States Magistrate Judge