ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7025
    Fax: (415) 436-6748
    pamela.johann@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BENT,<br><br>    Petitioner,<br><br>  v.<br><br>MERRICK GARLAND, Attorney General, et al.,<br><br>    Respondents. | No. 4:19-cv-06123-DMR<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)** |

      Pursuant to the Court's November 23, 2022 Order, Dkt. No. 100, the parties submit this Joint Status Report and Request to Continue Case Management Conference.

      1.    Following the November 16, 2022 denial by the Board of Immigration Appeals of Petitioner's Motion to Reopen his removal proceedings, Petitioner filed a Petition for Review ("PFR") in the Ninth Circuit. No. 22-1910. That PFR was consolidated with Petitioner's existing PFR of the BIA's December 22, 2021 final administrative decision ordering Petitioner removed to Jamaica, No. 22-112, and both PFRs will be briefed together. Without further extensions, the consolidated PFRs will be fully briefed by the middle of July.

      2.    Petitioner remains released from Immigration and Customs Enforcement ("ICE")

detention pursuant to the preliminary injunction issued by this Court on July 6, 2020, Dkt. No. 52, and the conditions of release, as amended on September 14, 2020. *See* Dkt. Nos. 38, 57. In light of the pending PFRs, the parties agree that the status quo should be maintained at this time.

3. Accordingly, the parties jointly request that the case management conference set for March 29, 2023, be continued 180 days, until September 25, 2023. If the PFRs have not been resolved before that date and the parties are otherwise unable to resolve the matter, they will submit an updated status report on or before September 18, 2023.

**CERTIFICATION**

In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED: March 22, 2023                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

                    */s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Respondents

DATED: March 22, 2023                    ALAMEDA COUNTY PUBLIC DEFENDERS

                    */s/ Kelsey Morales*
KELSEY MORALES

Attorneys for Petitioner CLAUDE BENT

**ORDER (AS MODIFIED)**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.  The Further Case Management Conference is continued until October 4, 2023, at 1:30 p.m. by Zoom video conference.  The parties shall file an updated status report by September 27, 2023.

For any future request for continuances of Further Case Management Conferences, the parties are reminded that pursuant to Judge Ryu's Standing Order, Judge Ryu conducts her case management conferences on the first, third, and fifth Wednesdays of the month unless the case management conferences have to coincide with the hearing of any motions set before Judge Ryu.

DATED: March 24, 2023

_____
THE HON. DONNA M. RYU
United States Chief Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Donna M. Ryu