ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025
Fax: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BENT,<br><br>  Petitioner,<br><br>  v.<br><br>MERRICK GARLAND, Attorney General, et al.,<br><br>  Respondents. | No. 4:19-cv-06123-DMR<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND ORDER (AS MODIFIED)** |

Pursuant to the Court's March 24, 2023 Order, Dkt. No. 106, the parties submit this Joint Status Report and Request to Continue Case Management Conference.

    1.    Petitioner's two Petitions for Review ("PFR"), Appeal Nos. 22-112 and 22-1910, remain pending. They are scheduled for oral argument before the Ninth Circuit on November 17, 2023.

    2.    Petitioner remains released from Immigration and Customs Enforcement ("ICE") detention pursuant to the preliminary injunction issued by this Court on July 6, 2020, Dkt. No. 52, and the conditions of release, as amended on September 14, 2020. *See* Dkt. Nos. 38, 57. In light of the pending PFRs, the parties agree that the status quo should be maintained at this time.

    3.    Accordingly, the parties jointly request that the case management conference set for

October 4, 2023, be continued until March 20, 2024. If the PFRs have not been resolved before that date and the parties are otherwise unable to resolve the matter, they will submit an updated status report on or before March 13, 2024.

**CERTIFICATION**

In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED: September 27, 2023                Respectfully submitted,

                                         ISMAIL J. RAMSEY
                                         United States Attorney

                                              */s/ Pamela T. Johann*
                                         PAMELA T. JOHANN
                                         Assistant United States Attorney

                                         Attorneys for Respondents

DATED: September 27, 2023                ALAMEDA COUNTY PUBLIC DEFENDERS

                                              */s/ Kelsey Morales*
                                         KELSEY MORALES

                                         Attorneys for Petitioner CLAUDE BENT

**ORDER (AS MODIFIED)**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.  The Further Case Management Conference is continued until March 20, 2024, at 1:30 p.m. by Zoom video conference (may be changed to in-person by the court).  The parties shall file an updated status report by March 13, 2024.  All counsel and parties may access the webinar information (public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

DATED:__October 2, 2023__

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*

_____
THE HON. DONNA M. RYU
United States Chief Magistrate Judge